IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIOT DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>SCANSOFT, INC.,<br><br>        Defendant. | Civil Action No. 03-CV-00900-WMS<br><br>**(JURY TRIAL DEMANDED)** |

### ELLIOT DAVIS' REPLY TO SCANSOFT, INC.'S ANSWER AND COUNTERCLAIMS

Counterclaims

Plaintiff, Elliot Davis ("Davis"), for his Reply to the Counterclaims of defendant, ScanSoft, Inc. ("ScanSoft"):

1. Admits the allegations of paragraphs "1", "2" and "3".

### AS TO COUNT I

2. Admits the allegations of paragraphs "4", "5" and "6";

3. Denies the allegations of paragraph "7";

4. Denies each and every allegation of Count I not hereinbefore specifically admitted, denied, or otherwise controverted.

### AS TO COUNT II

5. In response to the allegations of paragraph "8", plaintiff incorporates by reference his answer to paragraphs "1" through "7" of the Counterclaims herein.

6. Denies the allegations of paragraph "9".

7.  Denies each and every allegation of Count II not hereinbefore specifically admitted, denied, or otherwise controverted.

### DEFENSE

8.  The Counterclaims fail to state a sufficient defense, or a claim for which relief can be granted.

WHEREFORE, Davis demands judgement dismissing ScanSoft's Counterclaims herein and awarding judgment for the relief requested in Davis's Complaint, together with such other and further relief as this Court or a jury may deem just and proper.

DATED: January 12, 2004.

Respectfully submitted,

By: _____
Edward P. Yankelunas
DAMON & MOREY
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096
Phone: 716-856-5500
Fax: 716-856-5510
www.damonmorey.com

Timothy J. Haller
Robert P. Greenspoon
William W. Flachsbart
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: 312-236-0733
Fax: 312-236-3137
Attorneys for Plaintiff Elliot Davis

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **ELLIOT DAVIS'S REPLY TO SCANSOFT, INC.'S ANSWER AND COUNTERCLAIMS** was served upon the below-listed counsel of record by first class mail and hand delivery:

        Lee Carl Bromberg
        Julia Huston
        Lisa M. Tittemore
        Brian M. Donovan
        Bromberg & Sunstein LLP
        125 Summer Street
        Boston, Massachusetts 02110-1618
        Phone: 617-443-9292
        Fax: 617-443-0004

        Charles C. Swanekamp
        Jaekle Fleischmann & Mugel, LLP
        Fleet Bank Building
        Twelve Fountain Plaza
        Buffalo, New York 14202
        Phone: 716-856-0600
        Fax: 716-856-0432

on this 12th day of January, 2004.

                                              _/s/ Gebrielle McIver_
                                              Gebrielle McIver